C. F. Paul, Publisher.]     $1.00 per annum.     [O. L. Barbour, Reporter

## Vol. 6.]     Saratoga Springs, January 25, 1847.     [No. 7.

## Court of Chancery.

## DECISIONS OF THE CHANCELLOR,

### JANUARY 25, 1847.

*Gaylor Shelden et al.* v. *Frederick J. Barnard et al.*     E. J. Sherman, for complainants ; Allen & Hastings, for defendants. Order to close proofs directed to be opened, and the time for examining witnesses extended forty days, on the payment of $8 by the defendants, for the costs opposing application, within ten days. Application for leave to examine witnesses whose names were not furnished to the complainant or the examiner, on the previous examination denied.

*The New York Life Ins. & Trust Company* v. *Chauncey Smith et al.*     W. Betts, for complainants ; J. Rhoades, for defendants. Application by defendant Smith to open a decree which had been entered and enrolled, and to let him in to defend the suit.     The Chancellor decided that the recording of the assignment of a mortgage is not of itself to be deemed notice to the mortgagor of such assignment, so as to invalidate any payment made by him, or his heirs or representatives, to the mortgagee.     That the recording of such an assignment it only constructive notice of the assignment as against persons claiming by virtue of some subsequent assignment or conveyance from the mortgagee or assignor of the mortgage, or his representatives.

Petition denied, with $10 costs to be paid by C. Smith.